AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

CHRISTOPHER WILSON
a/k/a "RED"

**WARRANT FOR ARREST**

Case Number: 3:05-CR-267

FILED
SCRANTON
JUN 09 2006
PER _____ DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHRISTOPHER WILSON__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSES WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE; POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE;

in violation of __21__ United States Code, Section(s) __846: 841(a)(1)__

MARY E. D'ANDREA
Name of Issuing Officer

_Kristine Saxelle_ (signature)
Signature of Deputy Clerk

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

JULY 20, 2005 at Scranton, PA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

2005 JUL 21 AM 8:29 RECEIVED USM/PA

## RETURN

This warrant was received and executed with the arrest of the above-named defendant @ Queens County Criminal Court In New York City.

| DATE RECEIVED 6/8/06 | NAME AND TITLE OF ARRESTING OFFICER Edward Holst Deputy U.S Marshal | SIGNATURE OF ARRESTING OFFICER _Edward Holst_ |
|---|---|---|
| DATE OF ARREST 6/8/06 | | |

TAM:WSH:al

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | 3:05CR267 |
| CHRISTOPHER WILSON, a/k/a "RED" | : | |
| DEFENDANT | : | |

FILED
SCRANTON
JUL 1 9 2005
PER _____
DEPUTY CLERK

### ORDER FOR WARRANT

NOW, this 19st day of July, 2005, upon request of Thomas A. Marino, United States Attorney, in and for the Middle District of Pennsylvania, it is hereby,

ORDERED that a warrant be issued for the arrest of the above-named defendant, CHRISTOPHER WILSON, a/k/a "RED," and a United States District Court Judge is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984, for the purpose of determining what bail, if any, is necessary in order to insure the presence of the defendant in this case.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serve upon the defendant a certified copy of the Indictment in the above-named case.

_____
UNITED STATES DISTRICT COURT JUDGE