UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

USA v. CHRISTOPHER WILSON               CRIMINAL 05-267

## ORDER

The above criminal case is scheduled for **ARRAIGNMENT** on **Thursday, July 20, 2006 at 11:30 a.m.** in the William J. Nealon Federal Building, Corner Linden & Washington Streets, Scranton, PA.

_____
Edwin M. Kosik
United States District Judge

Dated: July 12, 2006