IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

AUG 14 2006

PER _____

UNITED STATES OF AMERICA :
:
vs. : CRIMINAL NO: 3:CR-05-267-06
:
Christopher Wilson

### ORDER SETTING CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(3), IT IS ORDERED that the Conditions of Release set by the Court in the Eastern District of New York on July 20, 2006, are modified as follows:

1. The defendant shall submit to drug testing and/or treatment as directed by the Pretrial Services Officer; and

2. The defendant shall refrain from possessing any firearms, destructive device or other dangerous weapon.

All other conditions of release imposed on July 20, 2006, shall remain in force.

_____
EDWIN M. KOSIK
UNITED STATES DISTRICT JUDGE

DATE: __8/14/06__