IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

Christopher Wilson
Defendant

WAIVER OF APPEARANCE FOR ARRAIGNMENT (BY DEFENDANT CHARGED BY INDICTMENT OR MISDEMEANOR INFORMATION)

CRIMINAL NO. 05 CR 267

Judge Kosik

I, __Christopher Wilson__ am charged by (indictment) (misdemeanor information) with an offense or offenses under the United States Code.

I have received a copy of the (indictment) (misdemeanor information) and the plea is NOT GUILTY to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

8-18-2006
Date

x Christopher Wilson
Defendant (Original Signature)

8-18-2006
Date

William M _____
Counsel for Defendant (Signature)

☒ Waiver Approved
☐ Waiver Denied

8/21/06
Date

_____
Judicial Officer (Signature)