September 20, 2006

Honorable Judge
Edwin M. Kosik
U.S. District Ct

FILED
SCRANTON
SEP 20 2006
PER _____ EJ
        DEPUTY CLERK

3.05cr267
Re: Financial Affidavit

I am asking you to assign me an attorney from the Federal Public Defendants Office. Upon my request to be treated as a poor person, I'm presently being represented by William Ezersky of New Hyde Park, NY, whom was retained by family members over a year ago for a state criminal matter in which resulted him being counsel in this federal case.

I am over 21 years of age, unemployed, and unable to pay for counsel, nor do I have any property or bank accounts. Further, I do not have anyone else who can help me pay for the services of attorney that could help me in my defense. Within the time frame that Mr. Ezersky has represented me, he has failed to file motions, obtain copies of records, or give me copies of records. He gets mad when I ask him questions in regards to my case. He hasn't provided me a defense in the state or federal case.

I am without funds and I ask that the Court provide me counsel from the Federal Defendants Office, so a defense can be established, and records and documents be secured.

Thank You for your Consideration.
Christopher Wilson
Christopher Wilson

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
| --- | --- | --- | --- | --- |

IN THE CASE OF _____ VS. _____  FOR _____ AT _____

LOCATION NUMBER ▶ _____

PERSON REPRESENTED (Show your full name) ▶ **Christopher Wilson**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate _____
District Court ▶ **3:05CR267**
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  RECEIVED $ **2,500**  SOURCES **Delivery, D&D Co.**

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors _____  Total Debt $ _____  Monthly Payt. $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Christopher Wilson*